COLUMBIA BROADCASTING SYSTEM, INC., ET AL.
*v.* LOEW'S INC. ET AL.

No. 90.   Argued January 29, 1958.—Decided March 17, 1958.

*W. B. Carman* argued the cause for petitioners.   With him on the brief were *Homer I. Mitchell, Warren M. Christopher, Loyd Wright* and *Dudley K. Wright.*

*Herman F. Selvin* argued the cause for respondents. With him on the brief was *Joseph P. Loeb.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

FORMAN ET UX. *v.* APFEL, LIQUIDATING RECEIVER, ET AL.

No. 726.   Decided March 17, 1958.

*Thomson F. Edwards* for appellants.

*A. D. Caesar* and *Nathan I. Miller* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.